**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00966-CV

### MOHINDER S. SANDHU, Appellant

### V.

### MRCO, INC. AND COMMERCIAL ROOF CONSULTANTS & CLAIMS MANAGEMENT, LLC, Appellees

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2014-12516**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 14, 2014. On February 5, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.